## HOPPER ET AL. *v.* LOUISIANA.

No. 1291.   Decided June 17, 1968.

*Camille F. Gravel, Jr.,* for petitioners.

*Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Second Assistant Attorney General, *Harry H. Howard,* Assistant Attorney General, and *Lawrence L. McNamara* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment is vacated.   The case is remanded to the Supreme Court of Louisiana for further consideration in light of *Bruton* v. *United States,* 391 U. S. 123, and *Roberts* v. *Russell, ante,* p. 293.

MR. JUSTICE BLACK dissents.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissent for the reasons stated in MR. JUSTICE WHITE's dissenting opinion in *Bruton* v. *United States,* 391 U. S. 123, 138 (1968).